UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: HEMMINGER, RUSSELL L.      §   Case No. 12-83965
    HEMMINGER, CANDY L.       §
                          §
Debtor(s)                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 22, 2012. The undersigned trustee was appointed on October 23, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $      4,638.06

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 4,598.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/14/2013 and the deadline for filing governmental claims was 04/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,159.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,159.52, for a total compensation of $1,159.52.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $4.99, for total expenses of $4.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2013        By:/s/MEGAN G. HEEG
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-83965 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | HEMMINGER, RUSSELL L. | Filed (f) or Converted (c): | 10/22/12 (f) |
| | HEMMINGER, CANDY L. | §341(a) Meeting Date: | 11/16/12 |
| Period Ending: | 06/04/13 | Claims Bar Date: | 05/14/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 668 Bloody Gulch Road, Dixo<br>Imported from original petition Doc# 1  (See Footnote) | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Northern Illinois Labor Fu<br>Imported from original petition Doc# 1 | 26.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Sterling Federal Bank in b<br>Imported from original petition Doc# 1 | 3.00 | 0.00 | | 0.00 | FA |
| 5 | Union savings account associations, or credit br<br>Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 6 | 19 inch TV<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 7 | 19 inch TV<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 8 | 2 dressers matching<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 9 | g3 dvd players<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 10 | 37 inch TV<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 155 inch TV<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 12 | Chest freezer<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 13 | hina hutch<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Computer<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Computer desk<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 16 | Couch<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
HEMMINGER, CANDY L.  
**Period Ending:** 06/04/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Curio cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Curio cabinet<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 19 | Dishwasher<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 20 | Food cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | Gun cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 22 | Microwave<br>Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 23 | Pots, pans, dishes<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 24 | Refrigerator<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 25 | Sheets, blankets, towels<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 26 | Stove<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 27 | TV stand<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 28 | 870 pump<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 29 | Amunition<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 30 | Bow<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 31 | fnar (gun)<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 32 | nlyh&r slug gun<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
HEMMINGER, CANDY L.  
**Period Ending:** 06/04/13

**Trustee:** (330490)    MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | areRemington 700<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 34 | SoftSSR Rugar (gun)<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 35 | Pension with union<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Retirement with union<br>Imported from original petition Doc# 1 | 98,000.00 | 0.00 | | 0.00 | FA |
| 37 | 1996 Ford Explorer<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 38 | 2000 Buick Regal LS (148,000 miles)<br>Imported from original petition Doc# 1 | 2,528.00 | 0.00 | | 0.00 | FA |
| 39 | Hyundai Santa Fe (145,000 miles)<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 40 | ilihomemade trailer<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 41 | Boat<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 42 | Chainsaw<br>Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 43 | Cub Cadet lawn mower<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 44 | Tools<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 45 | TAX REFUNDS (u) | 0.00 | 4,638.06 | | 4,638.06 | FA |
| 45 Assets | Totals (Excluding unknown values) | $240,557.00 | $4,638.06 | | $4,638.06 | $0.00 |

RE PROP# 1    6/4/13 lender will file motion for relief & for abandonment

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-83965 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | HEMMINGER, RUSSELL L. | Filed (f) or Converted (c): | 10/22/12 (f) |
| | HEMMINGER, CANDY L. | §341(a) Meeting Date: | 11/16/12 |
| Period Ending: | 06/04/13 | Claims Bar Date: | 05/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    June 4, 2013    Current Projected Date Of Final Report (TFR):    June 4, 2013

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-83965 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | HEMMINGER, RUSSELL L. | | Bank Name: | Rabobank, N.A. |
| | HEMMINGER, CANDY L. | | Account: | ****002266 - Checking Account |
| Taxpayer ID #: | **-***4081 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/04/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/13 | {45} | Russell and Candy Hemminger | tax retunds | 1224-000 | 4,638.06 | | 4,638.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,628.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,618.06 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,608.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,598.06 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,638.06 | 40.00 | $4,598.06 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 4,638.06 | 40.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $4,638.06 | $40.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****002266 | 4,638.06 | 40.00 | 4,598.06 |
| | $4,638.06 | $40.00 | $4,598.06 |

Case 12-83965   Doc 19   Filed 06/13/13   Entered 06/13/13 11:03:41   Desc Main
Document   Page 8 of 10
Printed: 06/04/13 04:09 PM

Page: 1

# Claims Proposed Distribution

## Case: 12-83965   HEMMINGER, RUSSELL L.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,598.06 | Total Proposed Payment: | $4,598.06 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 4.99 | 4.99 | 0.00 | 4.99 | 4.99 | 4,593.07 |
|  | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,159.52 | 1,159.52 | 0.00 | 1,159.52 | 1,159.52 | 3,433.55 |
| 1 | PYOD, LLC its successors and assigns as assignee | Unsecured | 477.08 | 477.08 | 0.00 | 477.08 | 106.64 | 3,326.91 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 1,154.56 | 1,154.56 | 0.00 | 1,154.56 | 258.07 | 3,068.84 |
| 3 | eCAST Settlement Corporation, assignee | Unsecured | 3,547.89 | 3,547.89 | 0.00 | 3,547.89 | 793.04 | 2,275.80 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | Unsecured | 10,181.49 | 10,181.49 | 0.00 | 10,181.49 | 2,275.80 | 0.00 |
|  | **Total for Case 12-83965 :** |  | **$16,525.53** | **$16,525.53** | **$0.00** | **$16,525.53** | **$4,598.06** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,164.51 | $1,164.51 | $0.00 | $1,164.51 | 100.000000% |
| Total Unsecured Claims : | $15,361.02 | $15,361.02 | $0.00 | $3,433.55 | 22.352357% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83965
Case Name: HEMMINGER, RUSSELL L.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 4,598.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,598.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,159.52 | 0.00 | 1,159.52 |
| Trustee, Expenses - MEGAN G. HEEG | 4.99 | 0.00 | 4.99 |

Total to be paid for chapter 7 administration expenses: $ 1,164.51
Remaining balance: $ 3,433.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,433.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,433.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $15,360.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 477.08 | 0.00 | 106.64 |
| 2 | Capital One Bank (USA), N.A. | 1,154.56 | 0.00 | 258.07 |
| 3 | eCAST Settlement Corporation, assignee | 3,547.89 | 0.00 | 793.04 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | 10,181.49 | 0.00 | 2,275.80 |

Total to be paid for timely general unsecured claims: $ 3,433.55
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)