UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: HEMMINGER, RUSSELL L.<br>HEMMINGER, CANDY L.<br><br>Debtor(s) | § Case No. 12-83965<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/24/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 06/04/2013          By: /s/MEGAN G. HEEG
                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: HEMMINGER, RUSSELL L.<br>       HEMMINGER, CANDY L.<br><br>Debtor(s) | § Case No. 12-83965<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,638.06 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,598.06 |
| **Balance on hand:** | $ 4,598.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,598.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,159.52 | 0.00 | 1,159.52 |
| Trustee, Expenses - MEGAN G. HEEG | 4.99 | 0.00 | 4.99 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,164.51 |
| Remaining balance: | $ 3,433.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,433.55 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,433.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,361.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 477.08 | 0.00 | 106.64 |
| 2 | Capital One Bank (USA), N.A. | 1,154.56 | 0.00 | 258.07 |
| 3 | eCAST Settlement Corporation, assignee | 3,547.89 | 0.00 | 793.04 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | 10,181.49 | 0.00 | 2,275.80 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,433.55 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Russell L. Hemminger  
Candy L. Hemminger  
    Debtors

Case No. 12-83965-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: jclarke     Page 1 of 2     Date Rcvd: Jun 14, 2013  
                 Form ID: pdf006    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2013.
```
db/jdb        Russell L. Hemminger,   Candy L. Hemminger,   668 Bloody Gulch Road,   Sterling, IL 61081
19595196     +Bleeker, Brodey & Andrews,   9247 N. Meridian St.,   Ste. 101,   Indianapolis, IN 46260-1813
19595197      Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
20119375      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
19595198      Chase,   P.O. Box 9001871,   Louisville, KY 40290-1871
19595199      Chase Card Members Services,   PO Box 15548,   Wilmington, DE 19886-5548
19595195      Gregory F Schott,   205 Thrid Avenue,   Sterling, IL 61081
19595202      HSBC Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
19595194      Hemminger Candy L,   668 Bloody Gulch Road,   Sterling, IL 61081
19595193      Hemminger Russell L,   668 Bloody Gulch Road,   Sterling, IL 61081
19595201      Home Depot Credit Services,   PO Box 182676,   Columbus, OH 43218-2676
19595203      JCP GE CRB/Jcp,   PO Box 960090,   Orlando, FL 32896-0090
19595204     +KSB Medical Group,   PO Box 737,   Dixon, IL 61021-0737
19595205     +One Main Financial,   3207 E. Lincolnway,   Sterling, IL 61081-1772
19595207    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,   PO Box 790408,   St. Louis, MO 63179-0408)
20193250      eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
20429339      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19595200     +E-mail/Text: iasher@eaglerecovery.net Jun 15 2013 00:56:31     Eagle Recovery Associates Inc.,
              Payment Processing Center,   424 SW Washington Street,   Peoria, IL 61602-5147
20038722     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 15 2013 00:51:16
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20477712      E-mail/PDF: cbp@slfs.com Jun 15 2013 00:59:07     SPRINGLEAF FINANCIAL SERVICES,   PO BOX 971,
              EVANSVILLE, IN 47706
19595206      E-mail/PDF: cbp@slfs.com Jun 15 2013 00:57:48     Springleaf Financial Services,   PO Box 790368,
              St. Louis, MO 63179-0368
                                                                                            TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2013**                      **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: jclarke           Page 2 of 2            Date Rcvd: Jun 14, 2013
                              Form ID: pdf006         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Gregory F Schott    on behalf of Joint Debtor Candy L. Hemminger schottlaw1@sbcglobal.net
          Gregory F Schott    on behalf of Debtor Russell L. Hemminger schottlaw1@sbcglobal.net
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                          TOTAL: 5
```