# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: HEMMINGER, RUSSELL L. | § | Case No. 12-83965 |
| HEMMINGER, CANDY L. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $240,557.00               Assets Exempt: $120,900.11
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,433.55        Claims Discharged
                                                  Without Payment: $35,630.98

Total Expenses of Administration: $1,204.51

---

   3)  Total gross receipts of $ 4,638.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,638.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,204.51 | 1,204.51 | 1,204.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,422.62 | 15,361.02 | 15,361.02 | 3,433.55 |
| **TOTAL DISBURSEMENTS** | $38,422.62 | $16,565.53 | $16,565.53 | $4,638.06 |

4) This case was originally filed under Chapter 7 on October 22, 2012. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2013         By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 4,638.06 |
| **TOTAL GROSS RECEIPTS** | | **$4,638.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | U.S. Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,159.52 | 1,159.52 | 1,159.52 |
| MEGAN G. HEEG | 2200-000 | N/A | 4.99 | 4.99 | 4.99 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,204.51 | $1,204.51 | $1,204.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 477.08 | 477.08 | 106.64 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,096.38 | 1,154.56 | 1,154.56 | 258.07 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 3,462.26 | 3,547.89 | 3,547.89 | 793.04 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | 10,160.47 | 10,181.49 | 10,181.49 | 2,275.80 |
| NOTFILED | KSB Medical Group | 7100-000 | 2,196.58 | N/A | N/A | 0.00 |
| NOTFILED | One Main Financial | 7100-000 | 14,634.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Medical Group | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | JCP GE CRB/Jcp | 7100-000 | 363.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 439.76 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Recovery Associates Inc. Payment Processing | 7100-000 | 1,346.66 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 2,223.51 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,422.62 | $15,361.02 | $15,361.02 | $3,433.55 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
               HEMMINGER, CANDY L.  
**Period Ending:** 10/15/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence located at 668 Bloody Gulch Road, Dixo<br>   Imported from original petition Doc# 1  (See Footnote) | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Northern Illinois Labor Fu<br>   Imported from original petition Doc# 1 | 26.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Sterling Federal Bank in b<br>   Imported from original petition Doc# 1 | 3.00 | 0.00 | | 0.00 | FA |
| 5 | Union savings account associations, or credit br<br>   Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 6 | 19 inch TV<br>   Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 7 | 19 inch TV<br>   Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 8 | 2 dressers matching<br>   Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 9 | g3 dvd players<br>   Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 10 | 37 inch TV<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 155 inch TV<br>   Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 12 | Chest freezer<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 13 | hina hutch<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Computer<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Computer desk<br>   Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 16 | Couch | 100.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
HEMMINGER, CANDY L.  
**Period Ending:** 10/15/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | Curio cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 |  | 0.00 | FA |
| 18 | Curio cabinet<br>Imported from original petition Doc# 1 | 10.00 | 0.00 |  | 0.00 | FA |
| 19 | Dishwasher<br>Imported from original petition Doc# 1 | 75.00 | 0.00 |  | 0.00 | FA |
| 20 | Food cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 |  | 0.00 | FA |
| 21 | Gun cabinet<br>Imported from original petition Doc# 1 | 50.00 | 0.00 |  | 0.00 | FA |
| 22 | Microwave<br>Imported from original petition Doc# 1 | 15.00 | 0.00 |  | 0.00 | FA |
| 23 | Pots, pans, dishes<br>Imported from original petition Doc# 1 | 25.00 | 0.00 |  | 0.00 | FA |
| 24 | Refrigerator<br>Imported from original petition Doc# 1 | 75.00 | 0.00 |  | 0.00 | FA |
| 25 | Sheets, blankets, towels<br>Imported from original petition Doc# 1 | 25.00 | 0.00 |  | 0.00 | FA |
| 26 | Stove<br>Imported from original petition Doc# 1 | 50.00 | 0.00 |  | 0.00 | FA |
| 27 | TV stand<br>Imported from original petition Doc# 1 | 20.00 | 0.00 |  | 0.00 | FA |
| 28 | 870 pump<br>Imported from original petition Doc# 1 | 200.00 | 0.00 |  | 0.00 | FA |
| 29 | Amunition<br>Imported from original petition Doc# 1 | 75.00 | 0.00 |  | 0.00 | FA |
| 30 | Bow<br>Imported from original petition Doc# 1 | 250.00 | 0.00 |  | 0.00 | FA |
| 31 | fnar (gun)<br>Imported from original petition Doc# 1 | 500.00 | 0.00 |  | 0.00 | FA |
| 32 | nlyh&r slug gun | 150.00 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
HEMMINGER, CANDY L.  
**Period Ending:** 10/15/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Imported from original petition Doc# 1 | | | | | |
| 33 | areRemington 700<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 34 | SoftSSR Rugar (gun)<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 35 | Pension with union<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Retirement with union<br>Imported from original petition Doc# 1 | 98,000.00 | 0.00 | | 0.00 | FA |
| 37 | 1996 Ford Explorer<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 38 | 2000 Buick Regal LS (148,000 miles)<br>Imported from original petition Doc# 1 | 2,528.00 | 0.00 | | 0.00 | FA |
| 39 | Hyundai Santa Fe (145,000 miles)<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 40 | ilihomemade trailer<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 41 | Boat<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 42 | Chainsaw<br>Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 43 | Cub Cadet lawn mower<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 44 | Tools<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 45 | TAX REFUNDS  (u) | 0.00 | 4,638.06 | | 4,638.06 | FA |
| **45** | **Assets**   Totals (Excluding unknown values) | **$240,557.00** | **$4,638.06** | | **$4,638.06** | **$0.00** |

RE PROP# 1      6/4/13 lender will file motion for relief & for abandonment

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 12-83965  
**Case Name:** HEMMINGER, RUSSELL L.  
HEMMINGER, CANDY L.  
**Period Ending:** 10/15/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 05/14/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 4, 2013          **Current Projected Date Of Final Report (TFR):** June 4, 2013

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-83965 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | HEMMINGER, RUSSELL L. | | **Bank Name:** | Rabobank, N.A. |
| | HEMMINGER, CANDY L. | | **Account:** | ****002266 - Checking Account |
| **Taxpayer ID #:** | **-***4081 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 10/15/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/13 | {45} | Russell and Candy Hemminger | tax retunds | 1224-000 | 4,638.06 | | 4,638.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,628.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,618.06 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,608.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,598.06 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,588.06 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,578.06 |
| 08/08/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.00 | 4,598.06 |
| 08/12/13 | 101 | PYOD, LLC its successors and assigns as assignee | Dividend paid 22.35% on $477.08; Claim# 1; Filed: $477.08; Reference: | 7100-000 | | 106.64 | 4,491.42 |
| 08/12/13 | 102 | Capital One Bank (USA), N.A. | Dividend paid 22.35% on $1,154.56; Claim# 2; Filed: $1,154.56; Reference: J | 7100-000 | | 258.07 | 4,233.35 |
| 08/12/13 | 103 | eCAST Settlement Corporation, assignee | Dividend paid 22.35% on $3,547.89; Claim# 3; Filed: $3,547.89; Reference: J | 7100-000 | | 793.04 | 3,440.31 |
| 08/12/13 | 104 | SPRINGLEAF FINANCIAL SERVICES | Dividend paid 22.35% on $10,181.49; Claim# 4; Filed: $10,181.49; Reference: J | 7100-000 | | 2,275.80 | 1,164.51 |
| 08/12/13 | 105 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,164.51 | 0.00 |
| | | | Dividend paid 100.00%  1,159.52 on $1,159.52; Claim# ; Filed: $1,159.52 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  4.99 on $4.99; Claim# ; Filed: $4.99 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,638.06 | 4,638.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,638.06 | 4,638.06 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,638.06** | **$4,638.06** | |

{} Asset reference(s)                                               Printed: 10/15/2013 09:55 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-83965 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | HEMMINGER, RUSSELL L. | | **Bank Name:** | Rabobank, N.A. |
| | HEMMINGER, CANDY L. | | **Account:** | ****002266 - Checking Account |
| **Taxpayer ID #:** | **-***4081 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 10/15/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # ****002266** | 4,638.06 | 4,638.06 | 0.00 |
| | | $4,638.06 | $4,638.06 | $0.00 |

{} Asset reference(s)                                                                                                              Printed: 10/15/2013 09:55 AM    V.13.13